# EXHIBIT 2

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| **SUFFOLK, ss.** | **SUPERIOR COURT DEPARTMENT** <br> **CIVIL ACTION NO. 2284CV00603** |

|   |   |
|---|---|
| JANE DOE NO. 101 <br> *Plaintiff* <br><br> v. <br><br> MORGAN A. SETO, <br> STANLEY SETO, <br> LORRAIN CECERE SETO, and <br> CITY OF BOSTON <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that the above-captioned case has been removed from the Superior Court Department of the Trial Court, Suffolk County, to the United States District Court for the District of Massachusetts. A copy of the Notice of Removal filed with the United States District Court is attached hereto as **Exhibit A**. In accordance with the provisions of 28 U.S.C.A §1446(d), the filing of this Notice and the Notice of Removal effects the removal of this action, and this Court may proceed no further unless and until the case is remanded.

                                                                 Defendant City of Boston <br>
                                                                 By Its Attorney, <br>
                                                                 Adam Cederbaum, Corporation Counsel

                                                                 By: */s/Mauricio Vaca /s/* <br>
                                                                 Mauricio Vaca, BBO # 704470 <br>
                                                                Assistant Corporation Counsel <br>
                                                                Office of the Legal Advisor <br>
                                                                Boston Public Schools <br>
                                                                2300 Washington Street <br>
                                                                Roxbury, MA 02119 <br>
                                                               617-635-9320 <br>
                                                               mvaca@bostonpublicschools.org